

**College of Engineering and Applied Science**
**Office of the Dean**

University of Cincinnati
PO Box 210018
Cincinnati, OH 45221

Phone    (513) 556-2933
Web      www.ceas.uc.edu

May 6, 2024

To:     Chia-Chi Ho                                              *__Via Email__*
        College of Engineering and Applied Science

From:   Frank M. Gerner      *Frank M. Gerner*
        Senior Associate Dean, College of Engineering and Applied Science

I have received information suggesting that you are not meeting the standards of professional behavior and performance required by the Collective Bargaining Agreement (CBA) between the University and the AAUP. The question of professional performance pertains to allegations of insubordination, including but not limited to failure to abide by the assigned delivery method of your assigned courses, ignoring your Academic Unit Head's instructions to teach your courses in-person instead of remotely, and attempting to change the delivery method of your assigned courses without approval.

**You are instructed to teach CHE 3062 and CVE 2005 __in-person__ for the remainder of the semester. I expect you to be on-campus teaching these two courses during their next scheduled class meeting, __Wednesday, May 8, 2024__.**

This letter serves as notice that I am initiating an investigation into these matters under the provisions of Article 9 of the CBA and will then determine an appropriate course of action. The Office of Faculty Affairs and Academic Personnel will conduct the investigation.  The Article 9 provisions may be viewed at the following link:
https://www.uc.edu/about/provost/faculty/aaup.html

As a part of the investigation, I will meet with you to discuss this matter and to provide you with an opportunity to respond toward the conclusion of the investigation.  You have the right to be represented and accompanied by an AAUP representative during our meeting.

**__UC policy expressly prohibits retaliation__**. You are not to retaliate in any way against anyone you may suspect of having made these allegations or having been a witness thereto. Discussion of these allegations with other individuals may only create unnecessary possibilities of future allegations of retaliation against you; therefore, it is strongly discouraged. Further, you should take no action that interferes with the investigation.


cc:     Jeff Cramerding, AAUP
        Kasey Underwood, Office of Faculty Affairs and Academic Personnel

An affirmative action/equal opportunity institution

**EXHIBIT A**