**University of Cincinnati**

College of Engineering and Applied Science
Office of the Dean
University of Cincinnati
PO Box 210018
Cincinnati, OH 45221

Phone   (513) 556-2933
Web     www.ceas.uc.edu

May 15, 2024

To:     Chia-Chi Ho                                                            <u>*Via Email*</u>
        College of Engineering and Applied Science

From:   Frank M. Gerner  *Frank M. Gerner*
        Senior Associate Dean, College of Engineering and Applied Science

Re:     Amended Article 9 Notice

Dear Professor Ho:

On May 6, 2024, I notified you of an investigation under Article 9 of the Collective Bargaining Agreement. I am writing to amend that notice.

I have received information continuing to suggest that you are not meeting the standards of professional behavior and performance required by the CBA between the University and the AAUP. The question of professional performance pertains to (1) allegations of poor teaching performance, including but not limited to, ineffective lectures, disorganization, and failure to provide a complete syllabus, and (2) questions regarding your ability to fulfill the objectives of your Spring 2024 semester academic leave.

This letter serves as notice that I am initiating an investigation into these matters under the provisions of Article 9 of the CBA and will then determine an appropriate course of action. The Office of Faculty Affairs and Academic Personnel will conduct the investigation. The Article 9 provisions may be viewed at the following link:
https://www.uc.edu/about/provost/faculty/aaup.html.

As a part of the investigation, I will meet with you to discuss this matter and to provide you with an opportunity to respond toward the conclusion of the investigation. You have the right to be represented and accompanied by an AAUP representative during our meeting.

**<u>UC policy expressly prohibits retaliation</u>**. You are not to retaliate in any way against anyone you may suspect of having made these allegations or having been a witness thereto. Discussion of these allegations with other individuals may only create unnecessary possibilities of future allegations of retaliation against you; therefore, it is strongly discouraged. Further, you should take no action that interferes with the investigation.

Thank you for paying attention to this matter.

cc:     Kasey Underwood, Faculty Affairs and Academic Personnel
        Eric Palmer, AAUP-UC Chapter

An affirmative action/equal opportunity institution

**EXHIBIT B**