

**Office of Faculty Affairs and Academic Personnel**
University of Cincinnati
PO Box 0631
Cincinnati, Ohio  45221-0631

240 Van Wormer Hall
2614 McMicken Circle
513-556-4381

February 21, 2025

Chia-Chi Ho
College of Engineering and Applied Science                    <u>**Via E-Mail**</u>

Dear Professor Ho,

By way of correspondence dated February 13, 2025, you were notified by the Grievance Panel that the University's proposed discipline was upheld. You have not requested arbitration pursuant to the requirements of Articles 9.7 and 32.3. As set forth in Article 9.7, your employment at the University of Cincinnati is terminated effective today, February 21, 2025.


Sincerely,

Kasey Underwood
Office of Faculty Affairs and Academic Personnel


cc:   John Weidner, Dean, College of Engineering and Applied Science
      Frank Gerner, Senior Associate Dean, College of Engineering and Applied Science
      Jeff Cramerding, AAUP Representative
      Katie Wellman, HR Director, College of Engineering and Applied Science
      Provost HR

**EXHIBIT D**